UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| KEVIN F. BLACK, ) | |
| ) | CAUSE NO. 4:05-CV-0051-JDT-WGH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WOLPOFF & ABRAMSON, LLP, ) | |
| BRUCE H. CHERKIS, MIDLAND ) | |
| CREDIT MANAGEMENT, INC. ) | |
| AND MRC RECEIVABLES ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO DISMISS

Defendants Wolpoff & Abramson, LLP; Bruce Cherkis; Midland Credit Management, Inc.; and MRC Receivables Corporation hereby move this Court for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the complaint filed in this action by plaintiff Kevin F. Black in its entirety for failure to state a claim upon which relief may be granted.

The Motion is made on the grounds that the allegations in the complaint, even when assumed to be true, do not state a claim upon which relief may be granted under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, et seq. or the Fair Credit Reporting Act, 15 U.S.C. §§ 1681, et seq. Accordingly,

defendants respectfully request that the Court enter an Order dismissing the plaintiff's complaint without leave to amend, and that the Court enter an Order dismissing the entire action with prejudice.

     This motion to dismiss is based upon this Notice of Motion and Motion, the separate Memorandum of Points and Authorities In Support of the Motion filed herewith, all the records on file in this action, and upon such other and further evidence and argument as the Court may permit in connection with the motion.

DATED: June 10, 2005                WINEBERG, SIMMONDS & NARITA LLP

_____/s/_____

Tomio B. Narita (SBN 156576)
Attorney for Defendants

WINEBERG, SIMMONDS & NARITA LLP
44 Montgomery St., Suite 3880
San Francisco, CA 94104
Tel.: (415) 352-2200
Fax: (415) 352-2222

RILEY BENNETT & EGLOFF, LLP
141 East Washington St.
Fourth Floor
Indianapolis, IN 46204
Tel.: (317) 636-8000
Fax: (317) 636-8027

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2005, a copy of the foregoing Notice of Motion and Motion to Dismiss was filed. Notice of this filing will be sent by operation of the Court's Electronic filing system or by U.S. Mail, postage pre-paid, to the following:

David B. Mour
BOROWITZ & GOLDSMITH, PLC
401 W. Main Street, Suite 1100
Louisville, KY 40202

_____/s/_____
Tomio B. Narita